James H. Neale (JN6972)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
(212) 318-3000
*Attorneys for Defendants*

- and –

Terry O. Tottenham
Lana K. Varney
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
(512) 536-5201
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: FOSAMAX PRODUCTS LIABILITY
LITIGATION – MDL NO. 1789

| | |
|---|---|
| SALLY M. GROVOM,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., PROCTER &<br>GAMBLE PHARMACEUTICALS, INC.<br>AND AVENTIS PHARMACEUTICALS,<br>INC.,<br><br>    Defendants. | MASTER FILE:<br>1:06-MD-01789-JFK-JCF<br><br>CIVIL ACTION NO. 1:07-CV-8151<br><br>**RULE 7.1 CORPORATE<br>DISCLOSURE STATEMENT OF<br>DEFENDANT PROCTER &<br>GAMBLE PHARMACEUTICALS,<br>INC.** |

Defendant Procter & Gamble Pharmaceuticals, Inc. ("P&G") files this disclosure statement with the clerk of court as required by Federal Rule of Civil Procedure 7.1 and certifies that P&G is a corporation with its principal place of business in Cincinnati, Ohio. Further, P&G is a wholly-owned subsidiary of The Procter & Gamble Company and no publicly held company, other than The Procter & Gamble Company owns 10% of more of P&G's stock.

ANSWER
10714700

-1-

-2-

| | |
|---|---|
| Dated: October 26, 2007 | FULBRIGHT & JAWORSKI L.L.P.<br><br>By: ___/s/ James H. Neale/rl___<br>James H. Neale (JN6972)<br>666 Fifth Avenue<br>New York, NY 10103-3198<br>(212) 318-3000<br>*Attorney for Defendants Procter & Gamble Pharmaceuticals, Inc., and sanofi-aventis U.S. L.L.C.*<br><br>- AND -<br><br>Terry O. Tottenham<br>Lana K. Varney<br>FULBRIGHT & JAWORSKI L.L.P.<br>600 CONGRESS AVENUE, SUITE 2400<br>AUSTIN, TEXAS 78701<br>(512) 536-5201<br><br>*Of Counsel* |