## CERTIFICATE OF SERVICE

I certify that this document was served by U.S. Mail on October 26, 2007 on the following counsel:

*James H. Neale /r|*
James H. Neale

J. Paul Sizemore, Esq.
Girardi / Keese
1126 Wilshire Boulevard
Los Angeles, CA  90017
Tel. : (213) 977-0211
Fax : (213) 481-1554

Catherine Heacox, Esq.
The Lanier Law Firm, PLLC
126 East 56th Street, 6th Floor
New York, NY  10022
Tel. : (212) 421-2800
Fax : (212) 421-2878

Theodore VanHuysen Mayer, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
Tel. : (212) 837-6000
Fax : (212) 422-4726